**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-2257

VIVA GODDARD,

Plaintiff - Appellant,

versus

JO ANNE BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Elizabeth V. Hallanan,
Senior District Judge.  (CA-00-491-2)

Submitted:  April 16, 2002          Decided:  April 29, 2002

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carter Zerbe, Charleston, West Virginia, for Appellant.  James A.
Winn, Regional Chief Counsel, Region III, Victor J. Pane, Assistant
Regional Counsel, Office of the General Counsel, SOCIAL SECURITY
ADMINISTRATION, Philadelphia, Pennsylvania; Kasey Warner, United
States Attorney, Kelly R. Curry, Assistant United States Attorney,
Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Viva Goddard appeals from the district court's order granting the Commissioner of the Social Security Administration's motion for judgment on the pleadings on her claims for disability insurance benefits. We have reviewed the record, the briefs, and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Goddard v. Barnhart, No. CA-00-491-2 (S.D.W. Va. Aug. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED